UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 25-60489-CV-Middlebrooks

AARON ALLEN, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

KWH MERCHANDISING INC. and
KIRILL BICHUTSKY,

    Defendant.

_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal without Prejudice, filed on July 11, 2025. (DE 19). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby **ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 11th day of July, 2025.

                                                      Donald M. Middlebrooks
                                                      United States District Judge

cc:    Counsel of Record